```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/01/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Shalva Nebieridze and Levan Janikashvili, individually and on behalf of others similarly situated,

                Plaintiffs,

-against-

Relo, LLC d/b/a Relo Moving & Storage and Ariel Bornstein, as an individual,

                Defendants.

1:23-cv-04956 (PGG) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

    Following a telephone conference today with the parties, and for the reasons stated on the record:

1. Defense counsel agreed to accept service of process on behalf of Defendant Ariel Bornstein ("Bornstein") and, following the telephone conference, already has appeared on behalf of Bornstein (as well as Defendant Relo, LLC).

2. The time for both Defendants to respond or move with respect to the Complaint is extended to Monday, September 18, 2023.

**SO ORDERED.**

Dated: New York, New York
       August 1, 2023

                                            _____
                                            STEWART D. AARON
                                            United States Magistrate Judge