UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**Shalva Nebieridze and Levan Janikashvili, individually and on behalf of others similarly situated,**

          Plaintiffs,

-against-

**Relo, LLC d/b/a Relo Moving & Storage and Ariel Bornstein, as an individual,**

          Defendants.

1:23-cv-04956 (PGG) (SDA)

**ORDER**

---

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

WHEREAS, on March 20, 2024, Brian Bodansky, Esq. ("Bodansky"), an attorney with the law firm Jackson Lewis, P.C. ("Jackson Lewis"), who is one of the counsel of record for Defendants in the above-referenced action, filed a motion for Jackson Lewis to withdraw as counsel pursuant to Rule 1.4 of the Local Civil Rules of the United States District Court for the Southern District of New York (the "Local Civil Rules")[1] (Defs.' 3/20/24 Mot. to Withdraw ("MTW"), ECF No. 31); and

WHEREAS, Rule 1.4 of the Local Civil Rules provides that an attorney who has appeared as the attorney of record may not withdraw from a case without leave of the Court granted by order; and

WHEREAS, Bodansky represented to the Court that there has been "an irreconcilable breakdown of the client-lawyer relationship between Jackson Lewis and the Defendant[s]" (Defs.' 3/20/24 MTW Aff., ECF No. 31-1, ¶ 3); and

---

[1] Although Local Civil Rule 1.4 speaks to withdrawal of "an attorney," Courts in this District have permitted law firms to seek withdrawal under Rule 1.4. *See Munoz v. City of New York*, No. 04-CV-01105 (JGK), 2008 WL 2843804, at *1 (S.D.N.Y. July 15, 2008).

WHEREAS, Bodansky represented to the Court that further details cannot be provided regarding the "irreconcilable breakdown of the client-lawyer relationship" without waiving attorney-client privilege, and offered to provide such details in an *in-camera* submission to the Court (*id.* ¶ 4).

NOW, THEREFORE, it is hereby ORDERED as follows:

1. No later than March 27, 2024, Jackson Lewis shall submit by email to the Court (Aaron_NYSDChambers@nysd.uscourts.gov) an affidavit or declaration detailing the irreconcilable differences that exist between Jackson Lewis and Defendants, for the Court's *in camera* review, and shall serve upon each Defendant the foregoing affidavit or declaration, along with copies of the 3/20/24 MTW and this Order.

2. No later than April 12, 2024, Defendants shall deliver to Bodansky any papers in opposition to the 3/20/24 MTW.

3. As soon as practicable, but no later than April 15, 2024, Bodansky shall file on the ECF docket any opposition papers that he receives from his clients.

4. All deadlines in the above-captioned case are adjourned *sine die* pending resolution of the 3/20/24 MTW.

**SO ORDERED.**

Dated: New York, New York
March 21, 2024

_____
STEWART D. AARON
United States Magistrate Judge