UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/28/2024

**Shalva Nebieridze and Levan Janikashvili,** *individually and on behalf of others similarly situated*,

                            Plaintiffs,

-against-

**Relo, LLC d/b/a Relo Moving & Storage and Ariel Bornstein,** *as an individual*,

                            Defendants.

1:23-cv-04956 (PGG) (SDA)

SCHEDULING ORDER

**STEWART D. AARON, United States Magistrate Judge:**

      The parties are directed to appear for a telephone conference on Wednesday, June 26, 2024, at 11:00 a.m. to discuss the status of this action. Defendant Bornstein is reminded that he is required to comply with all Court Orders and deadlines. Failure to do so may result in the imposition of sanctions, up to and including entry of a default judgment against him. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745. Chambers shall forward a copy of this Order to Defendant Bornstein to a.bornstein31@gmail.com.

**SO ORDERED.**

Dated:      New York, New York
              May 28, 2024

                                                  _____
                                                  STEWART D. AARON
                                                  United States Magistrate Judge