```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/26/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Shalva Nebieridze and Levan Janikashvili, individually and on behalf of others similarly situated,

                Plaintiffs,

-against-

Relo, LLC d/b/a Relo Moving & Storage and Ariel Bornstein, as an individual,

                Defendants.

1:23-cv-04956 (PGG) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

      Following the telephone conference held today (*see* 6/26/24 Minute Entry), it is hereby ORDERED that no later than Monday, July 8, 2024, the parties shall confer[1] and supply three (3) mutually agreeable dates to the Court, by letter filed to the ECF docket by Plaintiffs, when counsel and all parties are available for an in-person settlement conference during the weeks of August 19, 2024, and September 3, 2024. The letter should also include whether the parties are available in the morning, afternoon or both for each date provided.

**SO ORDERED.**

Dated:    New York, New York
            June 26, 2024

_____
STEWART D. AARON
United States Magistrate Judge

---

[1] Plaintiffs shall supply their availability to Defendant Bornstein no later than Tuesday, July 2, 2024.