

**HELEN F. DALTON & A**[SSOCIATES]

ATTORNEYS A[T LAW]

80-02 Kew Gardens Road, Suite 601,
T. (718) 263-9591 | F. (7

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/12/2024
```

September 12, 2024

To (via ECF):
Honorable Stewart D. Aaron, U.S.M.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 1007

      Re:    **Nebieridze et al v. Relo, LLC et al**
                 **Civil Docket No.: 1:23-cv-04956-PGG-SDA**

Dear Judge Aaron:

      Our office represents Plaintiffs in the above mentioned matter, and we submit this letter motion to respectfully request an adjournment of the in-person settlement conference scheduled for September 16, 2024 at 2:00 p.m.

      Plaintiff Levan Janikashvili is currently unavailable to attend the settlement conference in-person. In light of this, Plaintiffs respectfully request an adjournment of the in-person settlement conference. Mr. Bornstein, pro-se Defendant, consents to this request. The parties have conferred and mutually confirmed their availability for November 12, 2024, November 18, 2024, and November 21, 2024. The undersigned is unavailable during the last week of September due to an upcoming trial on an unrelated matter. Moreover, Mr. Bornstein is unavailable throughout October in observance of Jewish Holidays. Additionally, our office is closed intermittently throughout October in observance of Jewish Holidays. This is the first request for an adjournment of the settlement conference.

      We thank the Court for its kind consideration in this matter and we remain available to provide any additional information.

                                      Respectfully submitted,

                                      /s/

                                      _____
                                      Katelyn Schillaci, Esq.

To (via email and regular US mail):
Ariel Bornstein
Relo, LLC d/b/a Relo Moving Storage
c/o
18 Manhasset Avenue
Port Washington, NY 11050
a.bornstein31@gmail.com

The joint letter motion at ECF No. 48 to adjourn the settlement conference scheduled for next week, is GRANTED. The in-person settlement conference presently scheduled for September 16, 2024, is ADJOURNED, and rescheduled to take place on November 12, 2024, at 10:00 a.m.

SO ORDERED.
Dated: September 12, 2024

*[Signature: Stewart D. Aaron]*