USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/27/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Shalva Nebieridze and Levan Janikashvili, individually and on behalf of others similarly situated,**

                        **Plaintiffs,**

-against-

**Relo, LLC d/b/a Relo Moving & Storage and Ariel Bornstein, as an individual,**

                        **Defendants.**

1:23-cv-04956 (PGG) (SDA)

ORDER SCHEDULING
<u>SETTLEMENT CONFERENCE</u>

**STEWART D. AARON, United States Magistrate Judge:**

A settlement conference is scheduled before Magistrate Judge Stewart D. Aaron on Wednesday, January 15, 2025, at 10:00 a.m. in Courtroom 11C, United States Courthouse, 500 Pearl Street, New York, NY 10007.

The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at http://www.nysd.uscourts.gov/judge/Aaron. Please note that Section 4 of the Procedures requires counsel for each party to send a pre-settlement conference letter no later than 7 days before the conference (i.e., Wednesday, January 8, 2025).

SO ORDERED.

Dated:      New York, New York
              November 27, 2024

_____
STEWART D. AARON
United States Magistrate Judge