USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/21/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Shalva Nebieridze and Levan Janikashvili, individually and on behalf of others similarly situated,

                Plaintiffs,

-against-

Relo, LLC d/b/a Relo Moving & Storage and Ariel Bornstein, as an individual,

                Defendants.

1:23-cv-04956 (PGG) (SDA)

**AMENDED ORDER SCHEDULING SETTLEMENT CONFERENCE**

**STEWART D. AARON, United States Magistrate Judge:**

A settlement conference is scheduled before Magistrate Judge Stewart D. Aaron on Monday, February 24, 2025, at 10:00 a.m. in Courtroom 11C, United States Courthouse, 500 Pearl Street, New York, NY 10007.

The parties must comply with the Settlement Conference Procedures for Magistrate Judge Stewart D. Aaron, available at http://www.nysd.uscourts.gov/judge/Aaron. Please note that Section 4 of the Procedures requires counsel for each party to send a pre-settlement conference letter no later than 7 days before the conference (i.e., Monday, February 17, 2025).

SO ORDERED.

Dated:    New York, New York
            January 21, 2025

_____
STEWART D. AARON
United States Magistrate Judge