USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:____4/4/2025____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**Shalva Nebieridze and Levan Janikashvili,**
**individually and on behalf of others similarly**
**situated,**

                                    **Plaintiffs,**

        **-against-**

**Relo, LLC d/b/a Relo Moving & Storage and**
**Ariel Bornstein, as an individual,**

                                    **Defendants.**

---

**1:23-cv-04956 (JAV) (SDA)**

**ORDER**

---

**STEWART D. AARON, United States Magistrate Judge:**

Following a settlement conference in this matter, both sides accepted the undersigned's proposal to the parties to fully resolve the case and agreed to have the undersigned undertake a review of the settlement. Thereafter, the undersigned advised the parties that they needed to sign a form to consent to the undersigned's jurisdiction. The parties have not yet executed and returned the consent form. Accordingly, it is hereby ORDERED that no later than April 11, 2025, the parties shall sign and return the consent form if they wish to move forward with the undersigned's approval of the settlement.

It is further ORDERED that, in light of the requirements of *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), the parties shall file a joint letter or motion that addresses whether the settlement is fair and reasonable by April 18, 2025. Any such letter or motion should address the claims and defenses, the defendants' potential monetary exposure and the bases for any such calculations, the strengths and weaknesses of the plaintiffs' case and the defendants' defenses, any other factors that justify the discrepancy between the potential value of plaintiffs'

claims and the settlement amount, the litigation and negotiation process, as well as any other issues that might be pertinent to the question of whether the settlement is reasonable (for example, the collectability of any judgment if the case went to trial).

The joint letter or motion should also explain the attorney fee arrangement, attach a copy of the retainer agreement, and provide information as to actual attorney's hours expended and the relevant experience of the attorney(s). Finally, a copy of the settlement agreement itself must accompany the joint letter or motion.

**SO ORDERED.**

Dated:          New York, New York
                    April 4, 2025

_____
STEWART D. AARON
United States Magistrate Judge

2