**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Shalva Nebieridze and Levan Janikashvili, individually and on behalf of others similarly situated,**

                **Plaintiffs,**

-against-

**Relo, LLC d/b/a Relo Moving & Storage and Ariel Bornstein, as an individual,**

                **Defendants.**

**1:23-cv-04956 (JAV) (SDA)**

<u>ORDER</u>

**STEWART D. AARON, United States Magistrate Judge:**

Following a telephone conference today with Plaintiffs' counsel and *pro se* Defendant Bornstein, and for the reasons stated on the record, it is hereby ORDERED as follows:

1. If Defendants are willing to resolve this case on the terms discussed during today's conference, Defendants shall sign the revised settlement agreement no later than April 29, 2025, as well as the consent form supplied by Plaintiffs' counsel.

2. If Defendants do not sign the revised settlement agreement by April 29, Plaintiffs shall email a discovery deficiency letter to Defendant Bornstein no later than May 5, 2025, setting forth all the discovery that remains past due. If Defendant Bornstein fails to provide the outstanding discovery within 14 days, Plaintiffs shall move for a default judgment against Defendants.

SO ORDERED.

Dated:    New York, New York
            April 23, 2025

_____
STEWART D. AARON
United States Magistrate Judge