```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/28/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Shalva Nebieridze and Levan Janikashvili, individually and on behalf of others similarly situated,

                Plaintiffs,

-against-

Relo, LLC d/b/a Relo Moving & Storage and Ariel Bornstein, as an individual,

                Defendants.

1:23-cv-04956 (JAV) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

    No later than June 4, 2025, the parties shall file a joint letter to the ECF docket apprising the Court on the status of this action.

**SO ORDERED.**

Dated:    New York, New York
            May 28, 2025

_____
STEWART D. AARON
United States Magistrate Judge