```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/5/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Shalva Nebieridze and Levan Janikashvili, individually and on behalf of others similarly situated,

                    Plaintiffs,

-against-

Relo, LLC d/b/a Relo Moving & Storage and Ariel Bornstein, as an individual,

                      Defendants.

1:23-cv-04956 (JAV) (SDA)

ORDER

**STEWART D. AARON, United States Magistrate Judge:**

On June 4, 2025, the parties filed a joint motion for settlement approval addressed to the undersigned. (Joint Mot., ECF No. 64.) If the parties wish for the undersigned to undertake a review of the Settlement Agreement, in accordance with *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), they shall complete and file, no later than June 12, 2025, the Consent to Proceed Before a U.S. Magistrate Judge form available on the Court's website at https://nysd.uscourts.gov/sites/default/files/practice_documents/sdaConsentToProceedBeforeUSMagistrateJudge.pdf.

**SO ORDERED.**

Dated:    New York, New York
             June 5, 2025

                                                        _/s/ Stewart D. Aaron_
                                                        STEWART D. AARON
                                                        United States Magistrate Judge