```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/6/2025
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**Shalva Nebieridze and Levan Janikashvili, individually and on behalf of others similarly situated,**

                **Plaintiffs,**

-against-

**Relo, LLC d/b/a Relo Moving & Storage and Ariel Bornstein, as an individual,**

                **Defendants.**

**1:23-cv-04956 (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

In accordance with the Court's April 4, 2025 Order (ECF No. 59), Plaintiffs were required to attach a copy of the retainer agreement to the joint motion for settlement approval (Motion, ECF No. 64). The retainer agreement is not attached to the Motion. Accordingly, it is hereby ORDERED that Plaintiffs shall file a copy of the retainer agreement to the ECF docket no later than June 10, 2025.

**SO ORDERED.**

Dated:    New York, New York
             June 6, 2025

                                                        _____
                                                          STEWART D. AARON
                                                          United States Magistrate Judge