

# HELEN F. DALTON & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415
Tel. (718) 263-9591 Fax. (718) 263-9598

August 18, 2025

**Via ECF**:
The Honorable Judge Stewart D. Aaron
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     **Nebieridze et al v. Relo, LLC et al.**
        Civil Docket No.: 23-cv-04956-PGG-SDA

Dear Judge Aaron:

Our office represents the Plaintiffs in the above-referenced matter, and we submit this instant motion, to respectfully request an adjournment of the telephone Conference scheduled for today, August 18, 2025 at 3:00 p.m.

We make this instant request as the attorney scheduled to cover the call is dealing with an illness and the other attorneys on this matter are unavailable today. We apologize for the late request. We are emailing a copy of this motion to the Defendant simultaneously with this filing.

This is the first request for an adjournment of the conference, and this request will not affect any other dates or deadlines.

We thank this Court for its kind consideration on this matter, and we remain available to provide any additional information.

Request GRANTED. The telephone conference scheduled for August 18, 2025 is adjourned until August 19, 2025 at 3:00 p.m. At the scheduled time, the parties shall each separately call (855) 244-8681 and enter access code 2319 449 5090. SO ORDERED.
Dated: 8/18/2025

Respectfully submitted,

*Roman Avshalumov*
Roman Avhsalumov, Esq.

cc: via email

**Ariel Bornstein**
*Pro Se Defendant*
a.bornstein31@gmail.com