UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Shalva Nebieridze and Levan Janikashvili, individually and on behalf of others similarly situated,

                        Plaintiffs,

-against-

Relo, LLC d/b/a Relo Moving & Storage and Ariel Bornstein, as an individual,

                        Defendants.

1:23-cv-04956 (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

For the reasons stated on the record during today's telephone conference in which counsel for Plaintiffs and pro se defendant Ariel Bornstein ("Bornstein") appeared, it is hereby ORDERED as follows:

1. On consent of the parties, the settlement agreement filed on June 4, 2025 (ECF No. 64-1), and previously approved by the Court (ECF No. 70), hereby is modified, as follows:

   a. The first installment set forth in paragraph 1(a)(i) shall be paid no later than October 1, 2025.[1]

   b. The obligations with respect to the transfer of the storage unit as set forth in paragraph 1(c), and the return of the computer as set forth in paragraph 1(d) of

---

[1] Following the conference today, Bornstein emailed the Court's Pro Se Office a letter, which has not yet been filed to the ECF docket, seeking an extension of the October 1 deadline due to his observance of Yom Kippur. The Court declines to grant this extension. Bornstein can avoid any conflict with his observance by making the first installment payment earlier than the last day.

the settlement agreement, shall be met by the parties no later than August 29, 2025.

All other provisions of the settlement agreement remain in full force and effect.

2. As soon as practicable, plaintiff Levan Janikashvili ("Janikashvili") shall mail overnight by U.S. Postal Service or equivalent carrier to Ariel Bornstein c/o Shirley Bornstein, 18 Manhasset Avenue, Port Washington, NY 11050, the key to the storage unit referenced in paragraph 1(c) of the settlement agreement. <u>For the reasons stated by Bornstein during today's conference, Janikashvili is strongly encouraged to send the key forthwith, but in any event, the key shall be sent so as to be received by Bornstein no later than Friday, August 22, 2025</u>.

3. Bornstein is advised that parties who are not represented by an attorney may choose to receive documents in their cases electronically (by e-mail) instead of regular mail. The instructions to sign up for electronic service are available at https://nysd.uscourts.gov/sites/default/files/2021-03/Consent_Pro-Se_Eservice-Instructions.pdf.

4. Bornstein is further advised that the Federal Pro Se Legal Assistance Project run by the City Bar Justice Center ("CBJC") provides free, limited-scope legal services to self-represented parties in civil cases. Litigants in need of legal assistance should complete CBJC's intake form, available at https://www.citybarjusticecenter.org/projects/federal-pro-se-legal-assistance-project/, to make an appointment.

Judge Aaron's chambers today will email a copy of this Order to a.bornstein31@gmail.com.

**SO ORDERED.**

Dated: New York, New York
August 19, 2025

_____
STEWART D. AARON
United States Magistrate Judge

3